JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEREEN NIKRAVAN,<br><br>Plaintiff,<br><br>v.<br><br>STERLING ACCOUNT SOLUTIONS LLC,<br><br>Defendant. | Case No.: CV13-6215 ABC (JCx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE |

Based upon Plaintiff's unilateral dismissal request, and good cause, this Court hereby orders the Action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

*Audrey B. Collins*

Dated: July 30, 2014  _____

HON. AUDREY B. COLLINS
U.S. DISTRICT JUDGE

---